Michael B. Whiting, # 022092
groupmail@co.apache.az.us
Joseph D. Young, # 024027
jyoung@apachelaw.net
**APACHE COUNTY ATTORNEY'S OFFICE**
P.O. Box 637
St. Johns, AZ 85936
(928) 337-7560

*Attorneys for Defendants*
  *Michael B. Whiting, in his official capacity*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ANTIGONE BOOKS L.L.C., *et al*,<br>                    Plaintiffs,<br><br>vs.<br><br>TOM HORNE, in his capacity as<br>Attorney General of the State of<br>Arizona, *et al*,<br>                    Defendant. | Case No: 2:14-CV-02100 -SRB<br><br>**ANSWER OF DEFENDANT APACHE<br>COUNTY ATTORNEY, MICHAEL B.<br>WHITING**<br><br>**(Assigned to: Hon. Susan R. Bolton)** |

   Defendant Michael B. Whiting, in his official capacity as the Apache County Attorney, asserts that he is not a proper or necessary party to this litigation and, at most, is a nominal party. Defendant Whiting hereby admits, denies, and affirmatively alleges as follows:

### AFFIRMATIVE ALLEGATIONS

1.   Defendant affirmatively alleges that it is an improper party in this matter, or, at most, a nominal party.

2.   As Plaintiffs themselves point out in paragraph thirty-eight of their Complaint, "Tom Horne, as the Attorney General of the State of Arizona, is the state's chief law enforcement officer . . ." As Plaintiffs acknowledge, under A.R.S. §§ 41-192 and 41-193, Attorney General Tom Horne has "supervisory authority over county and local prosecutors," and "shall have charge of and direct the department of law and shall serve

as chief legal officer of the state." As such, Defendant's participation in this litigation is unnecessary, and Defendant should be summarily dismissed from this matter as an improper party, or at most be included as a nominal party.

3. That the real parties in interest in this matter are the Plaintiffs and Attorney General Tom Horne, who is the Chief Law enforcement officer of the State of Arizona.

4. Defendant takes no position on the legality or constitutionality of the legislation in question in this action.

5. Defendant does not intend to take any action to defend the legality of H.B. 2515 in this matter, nor does he contend the law is illegal or unconstitutional.

6. Apache County does agree to be bound by any orders or judgments of this Court concerning any of the provisions of H.B. 2515 or related legislation.

## ANSWER TO COMPLAINT

1.  Defendant asserts that the allegations in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 61, 62, 63, 64, 65, 66, 67, 68, 71, 72, 73, 74, 75, 76, 77, 80, 81, 82, 86, 87, 88, 91, 93, and 94 of Plaintiffs' Complaint state legal conclusions to which no response is required.

2. Defendant admits the allegation contained in paragraphs 11, 12, 13, 14, 38, 40, 47, 84, 85, and 90 of the Complaint.

3. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraphs 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 69, 70, 78, and 79 and consequently denies the allegations.

4. Defendant admits that he is the County Attorney for Apache County as alleged in paragraph 39 of the Complaint. Defendant asserts that the language of A.R.S. § 11-532 speaks for itself. Defendant does not address the remainder of paragraph 39 because they do not pertain to Defendant, but to other parties named in the Complaint.

5. Defendant asserts that the language of the statutes referenced in the allegations contained in paragraphs 41, 42, 43, 44, 45, 46, and 60 speaks for itself, and no response is required. Defendant further asserts that to the extent these same allegations offer conclusions of law, no response is required.

6. Defendant asserts that paragraphs 83, 89, and 92 of the Complaint incorporate the allegations in the previous paragraphs of the Complaint. Therefore, Defendant simply incorporates its responses to those allegations as though fully set forth herein.

## **GENERAL DENIAL**

Defendant Whiting denies each and every allegation of the Complaint not heretofore specifically admitted

## **AFFIRMATIVE DEFENSES**

1. Defendant affirmatively alleges that he is not a proper or necessary party to this action, and his role in this action is nominal.

2. Plaintiffs' Complaint as it pertains to Apache County is unripe for adjudication at this time.

3. That some or all of the Plaintiffs in this matter may lack standing.

4. Defendant affirmatively alleges that even if Defendant is a necessary party for purposes of injunctive relief, his role in this action would remain nominal.

5. Defendant affirmatively alleges that Defendant has absolute immunity for performing his official duties required under the Act. See *Gobel v. Maricopa County,* 867 F.2d 1201 (9th Cir. 1989); *State v. Superior Court,* 186 Ariz. 294, 921 P.2d 697 (App. 1996).

6. Additional facts may be revealed by future discovery which support affirmative defenses available to, but unknown by, Defendant. Accordingly Defendant hereby incorporates by this reference all applicable affirmative defenses pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure as though set forth fully herein.

//
//

**<u>RELIEF</u>**

  A. Defendant affirmatively alleges that any relief requested by Plaintiffs is not available from Defendant, who is a nominal party to this action and should be denominated as such.

  B. Having fully answered the Complaint and having stated affirmative defenses, Defendant requests entry of judgement denying any and all relief that Plaintiffs have requested as to Defendant, dismissing the Complaint as to Defendant with Prejudice, granting Defendant reasonable costs and expenses of this action, including attorney fees if appropriate, and granting such other and further relief as the Court deems proper.

  RESPECTFULLY SUBMITTED this 16th day of October, 2014.

        Michael B. Whiting
        Apache County Attorney


        _/s/ Joseph Young_____
        Joseph D. Young
        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2014, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, and transmittal of a Notice of Electronic Filing to the following ECF registrants:

HONORABLE SUSAN R. BOLTON
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 50
Phoenix, AZ 85003-2153

DANIEL J. POCHODA, ESQ.
VICTORIA LOPEZ, ESQ.
ACLU Foundation of Arizona
P.O. Box 17148
Phoenix, AZ 85011
*Attorneys for Plaintiffs*

JOSHUA S. AKBAR, ESQ.
Dentons US LLP
2398 Camelback Road, Ste. 850
Phoenix, AZ 85016-9007
*Attorneys for Plaintiffs*

MICHAEL A. BAMBERGER, ESQ.
RICHARD M. ZUCKERMAN, ESQ.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
*Attorneys for Plaintiffs*

LEE ROWLAND, ESQ.
ACLU Foundation
125 Broad Street, 18th Floor
New York, NY 10004
     *Attorneys for Plaintiffs*

LESLEY MAURA LUKACH, ESQ.
KELLI LYNN OLSON, ESQ.
Pima County Attorney's Office
32 N. Stone Ave.
Tucson, AZ 85701

BENJAMIN DAVID KREUTZBERG, ESQ.
Yavapai County Attorney's Office
255 E. Gurley St.
Prescott, AZ 86301

WILLIAM J. KEREKES, ESQ.
Yuma County Attorney's Office
250 W. 2nd St., Ste. G
Yuma, AZ 85364

On the same date, copies of the foregoing were mailed to the following parties who have not yet registered for the ECF system for this case:

DAVID WEINZWEIG, ESQ.
Senior Litigation Counsel
Office of the Arizona Attorney General
1275 W. Washington Street
Phoenix, AZ 85007-2926

MICHAEL B. WHITING, ESQ.
Apache County Attorney
245 W. 1st South
St. Johns, AZ 85936

WILLIAM P. RING, ESQ.
Senior Civil Attorney
Coconino County Attorney's Office
110 E. Cherry Ave.
Flagstaff, AZ 86001

BRADLEY D. BEAUCHAMP, ESQ.
Gila County Attorney
1400 E. Ash Street
Globe, AZ 85501

KENNY ANGLE, ESQ.
Graham County Attorney
Graham County Courthouse

800 W. Main Street
Safford, AZ 85546

DEREK RAPIER, ESQ.
Greenlee County Attorney
P.O. Box 1717
Clifton, AZ 85533

TONY ROGERS, ESQ.
LaPaz County Attorney
1320 Kofa Ave.
Parker, AZ 85344

KEN MANGUM, ESQ.
Maricopa County Attorney's Office
301 W. Jefferson St.
Phoenix, AZ 85003
MATTHEW J. SMITH, ESQ.
Mohave County Attorney
315 N. 4th St.
Kingman, AZ 86401

JASON S. MOORE, ESQ.
Navajo County Attorney's Office
P.O. Box 668
Holbrook, AZ 86025-0668

LANDO VOYLES, ESQ.
Pinal County Attorney
30 N. Florence St., Bldg. D
Florence, AZ 85132

GEORGE SILVA, ESQ.
Santa Cruz County Attorney
2150 N. Congress Dr.
Nogales, AZ 85621

/s/ Joseph Young
Counsel for Defendant