Thomas C. Horne
Attorney General
Firm No. 1400

Robert L. Ellman (014410)
Solicitor General
David D. Weinzweig (018687)
Senior Litigation Counsel
Stephanie Elliott (030872)
Assistant Attorney General

1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone:  (602) 542-8986
Fax:  (602) 542-8308
DefensePhx@azag.gov

*Attorneys for the State of Arizona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANTIGONE BOOKS LLC; et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>TOM HORNE, in his capacity as Attorney General of the State of Arizona; et al.,<br><br>                    Defendants. | CV-14-02100-PHX-SRB<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |

   To accommodate the schedules of counsel, Plaintiffs and Defendant Attorney General of the State of Arizona stipulate and agree that (1) such Defendant may have up to and including December 5, 2014, to file his responsive memorandum to Plaintiffs' Motion for Preliminary Injunction, and (2) Plaintiffs may have up to and including December 19, 2014, to file their reply memorandum.  A proposed Order accompanies this Stipulation.

DATED: November 14, 2014.

ACLU FOUNDATION

By  /s/ Lee Rowland (w/permission)
    Lee Rowland

DENTONS US LLP

By  /s/ Richard M. Zuckerman (w/permission)
    Richard M. Zuckerman
    Joshua S. Akbar

*Attorneys for Plaintiffs*

OFFICE OF THE ARIZONA ATTORNEY GENERAL

By  /s/ David D. Weinzweig
    Robert L. Ellman
    David D. Weinzweig
    Stephanie Elliott

*Attorneys for Defendant Attorney General*