# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antigone Books L.L.C., et al., | **CV-14-02100-PHX-SRB** |
| Plaintiffs, | |
| -v- | |
| Tom Horne, in his capacity as Attorney General of the State of Arizona; et al., | **ORDER** |
| Defendants. | |

Pursuant to the Joint Motion for Stay of Proceedings and Stay of Enforcement of A.R.S. § 13-1425 [Doc. 103], and good cause appearing,

IT IS HEREBY ORDERED that all proceedings in this matter are stayed pending further Order of this Court to be issued after any party notifies the Court of either (1) amendment of Ariz. Rev. Stat. § 13-1425 and signature by the Governor, or (2) adjournment sine die of the 52nd Arizona State Legislature, First Regular Session.

IT IS FURTHER ORDERED that enforcement of Ariz. Rev. Stat. § 13-1425 (both in its current form, and as it may be amended or substituted), shall be stayed pending further Order of this Court to be issued after: any party notifies the Court of either (1) amendment of Ariz. Rev. Stat. § 13-1425 and signature by the Governor, or (2) adjournment sine die of the 52nd Arizona State Legislature, First Regular Session; and such proceedings, if any, that the Court deems appropriate.

IT IS FURTHER ORDERED that, upon the Legislature's enactment of an amendment to or substitution for Ariz. Rev. Stat. § 13-1425 and signature by the

Governor, or adjournment sine die of the 52nd Arizona State Legislature, First Regular Session, the Parties shall confer and jointly report to the Court on the actions, if any, taken by the Legislature.

IT IS FURTHER ORDERED that upon filing such report, if Plaintiffs deem it appropriate, (1) Plaintiffs may amend their complaint, and (2) Plaintiffs may either file an amended Motion for Preliminary Injunction or reassert their original Motion for Preliminary Injunction.

IT IS FURTHER ORDERED that the deadlines set forth in the Court's October 24, 2014 standard case management Order, the Pretrial Scheduling Conference scheduled for December 8, 2014, briefing schedule for Plaintiffs' Motion for Preliminary Injunction, and the argument scheduled for January 20, 2015 be and hereby are vacated, providing that, if necessary, new dates shall be established by further Order of this Court.

IT IS FURTHER ORDERED that Plaintiffs reserve their right to seek an award of attorney's fees and costs.

IT IS FURTHER ORDERED denying Plaintiffs' Motion for Preliminary Injunction without prejudice. (Doc. 95)

Dated this 26th day of November, 2014.

_____
Susan R. Bolton
United States District Judge